Michael A. McGill SBN 231613
mcgill@policeattorney.com
Dieter C. Dammeier SBN 188759
dieter@policeattorney.com
**LACKIE & DAMMEIER APC**
367 North Second Avenue
Upland, CA 91786
Telephone: (909) 985-4003
Facsimile: (909) 985-3299

Attorneys for Plaintiffs, for themselves, on behalf of all others similarly situated.

FILED
2008 JAN 29 PM 1:30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GUILLERMO RIVERA, STEVEN T. TRUJILLO, CRAIG ANSMAN, ROBERT BERNHARD, and on behalf of all others similarly situated,

    Plaintiffs,

vs.

CITY OF ONTARIO, A Municipal Corporation, and DOES 1 THROUGH 100,

    Defendants.

Case No.: **CV08-0578 CAS JTL**

**COMPLAINT FOR DAMAGES**

[29 U.S.C. §§ 201 et seq.]

**DEMAND FOR JURY TRIAL**

## JURISDICTION

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343(3), as the controversy arises under "the Constitution, laws or treatises of the United States." Specifically, the claim rises under the Fair Labor Standard Act of 1938, 29 U.S.C. §§ 201 et seq. ("FLSA").

## VENUE

2. Venue is proper in the Central District of California pursuant to 28 U.S.C. §1391(b) because the acts, events, or omissions giving rise to the claim

occurred in this District.

**PARTIES**

3. Plaintiff, GUILLERMO RIVERA, is a United States citizen and resident of the State of California. He is currently employed by the City of Ontario and works as a peace officer for City of Ontario Police Department.

4. Plaintiff, STEVEN T. TRUJILLO, is a United States citizen and resident of the State of California. He is currently employed by the City of Ontario and works as a peace officer for City of Ontario Police Department.

5. Plaintiff, CRAIG ANSMAN, is a United States citizen and resident of the State of California. He is currently employed by the City of Ontario and works as a peace officer for City of Ontario Police Department.

6. Plaintiff, ROBERT BERNHARD, is a United States citizen and resident of the State of California. He is currently employed by the City of Ontario and works as a peace officer for City of Ontario Police Department.

7. Defendant, CITY OF ONTARIO, is a political subdivision of the State of California, located within California and is an employer whose employees are engaged in commerce within the meaning of 29 U.S.C. §207(a) and as defined in 29 U.S.C. §§203(d) and 203(e)(2)(c). The Ontario Police Department is a division and department of the City of Ontario.

8. Plaintiffs are ignorant of the names and capacities of the individuals or entitles sued herein as DOES 1 THROUGH 100, who may have been involved in the unlawful acts alleged herein. Plaintiffs allege that each of the fictitiously named Defendants sued herein are legally responsible in some manner for the events and happenings referred to herein, and that Plaintiffs' damages as alleged were proximately caused by their conduct. The use of Doe defendants is permitted under California Code of Civil Procedure Section 474, and the Doe defendants

were responsible in some manner or conspired to do the same.

9. The acts and omissions of the Defendants who are or may be identified as employees and/or officials of the City, were undertaken in accordance with and represent the official policies of the city and/or were undertaken by employees whose acts and omissions may be fairly said to represent the official policies of the City.

10. Defendants, and each of them, except the City Defendant, which is sued as an entity, are sued in their individual and official capacities.

11. Unless otherwise indicated, each Defendant conspired, committed, ordered, directed, supervised, allowed, planned ratified, concealed, organized, or otherwise participated in one or more of the unlawful acts complained of herein.

## COLLECTIVE ACTION ALLEGATIONS

12. Plaintiffs herein filed this action on behalf of themselves and on behalf of all others similarly situated persons currently or formerly employed by the Defendants to recover from Defendants unpaid overtime compensation, liquidated damages and/or any other recovery authorized under the FLSA and such supplemental claims as they may have. Additional consents to join this action will be filed.

## CLAIM FOR RELIEF

13. Paragraphs 1 through 12 are incorporated herein.

14. Defendants have willfully violated, and are willfully violating, the compensation requirements of the FLSA, 29 U.S.C. Section 207, by employing Plaintiffs, and all other similarly situated employees, for weeks longer than the applicable maximum weekly hours established by Section 207 of the FLSA, without properly compensating them for work performed in excess of the above

described hours at rates not less than one and one-half times their regular rates of pay. Such violations include, but are not limited to, pre-shift and post-shift activities that are required, integral and an indispensable part of the principle activities of the work performed.

**WHEREFORE,** Plaintiffs pray Judgment as follows:

1. That Defendants be required to pay the Plaintiffs and any and all other similarly, situated employees unpaid overtime compensation found due by the court as a result of Defendants' violation of Section 207 of the FLSA, plus an additional equal amount as liquidated damages;

2. That Defendants be required to pay Plaintiffs their reasonable attorney's fees, costs of this action and both pre-judgment and post-judgment interest;

3. That Plaintiffs have such further relief as is just and necessary.

Respectfully submitted,

Date: 1/24/08

LACKIE & DAMMEIER APC

_____
Michael A. McGill
Attorneys for Plaintiffs
GUILLERMO RIVERA, et al.

### DEMAND FOR JURY

Plaintiffs hereby demand a jury trial under Federal Rules of Civil Procedure, Rule 38 and C.D. Cal. Rule 3.4.10.1.

Date: 1/24/08

LACKIE & DAMMEIER APC

_____
Michael A. McGill
Attorneys for Plaintiffs
GUILLERMO RIVERA, et al.